(October 24, 1959)

■ In the Matter of CLAIRE NEWMAN, Appellant, against MILDRED MILLS-PAUGH et al., Individually and Constituting the Board of Elections of the County of Sullivan, et al., Respondents.

■ In the Matter of DAVID KREISWIRTH et al., Appellants, against MILDRED MILLSPAUGH et al., Individually and Constituting the Board of Elections of the County of Sullivan, et al., Respondents.

Appeal by petitioners in the above-entitled proceedings from an order of the Supreme Court, Sullivan County, Special Term, which denied petitioners' applications to have declared null and void certain certificates of the Liberal party nominating candidates for town offices in the Town of Thompson, Sullivan County, for the General Election to be held November 3, 1959.

Several issues have been raised but we regard the following as decisive. It seems to be conceded by all parties that the so-called County Committee of the Liberal party in Sullivan County consists of only 11 members. It follows as a matter of course that such committee was not constituted in compliance with section 12 of the Election Law, there being 50 election districts in Sullivan County. Section 12 of the Election Law provides: " The county committee of each party shall be constituted by the election in each election district within each county of at least two members ". This language is mandatory (cf. § 14). Since the committee in question was not legally constituted for the Liberal party in Sullivan County any action it undertook thereafter such as the election of an executive committee was of necessity null and void, and in turn adversely affects a certificate of nomination to the same degree. In view of this we find it unnecessary to pass upon any other issues that have been raised.

Orders reversed, on the law and facts, without costs, and the relief sought in the petitions granted.

Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.

FOURTH DEPARTMENT, OCTOBER, 1959

(October 28, 1959)

■ HAZEL BASTIAN, Appellant, v. STEPHEN OSVATH et al., Respondents. ALVIN E. BASTIAN, Appellant, v. STEPHEN OSVATH et al., Respondents. JUDITH A. BASTIAN by ALVIN E. BASTIAN, Her Guardian ad Litem, Appellant, v. STEPHEN OSVATH et al., Respondents.— Appeal dismissed, without costs, upon stipulation. (Appeal from an order of Erie Special Term, denying a motion by plaintiffs for leave to serve an amended and supplemental bill of particulars.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of the Accounting of JOSEPH VALONE et al., as Executors and Trustees of the Will of SAMUEL VALONE, Deceased, Respondents. SALVATORE L. VALONE et al., Appellants.— Final decree reversed on the law and facts, with costs to the appellants payable out of the estate, and matter remitted to the Surrogate's Court for further proceedings in accordance with the memorandum. Memorandum: The testator was the owner of a two-third interest in a dry cleaning establishment, the remaining interest being owned by his son, the respondent Joseph Valone. The will provided that the business should continue to be operated and that " my son, Joseph Valone, shall manage said business, the profits of said business to be divided equally between my son, Joseph Valone, and my estate ". The will further provided that the business should